## HALEY v. SHEPHERD.

### No. 9901; July 31, 1885.

#### 7 Pac. 635.

**Appeal—Conflicting Testimony.**—Where, on Appeal, the Case presented is one of conflict of testimony, the judgment of the lower court will not be disturbed.

APPEAL from Superior Court, County of Los Angeles.

H. Allen and S. Haley for appellant; Bicknell & White for respondent.

By the COURT.—On an examination of the testimony in this case, we cannot say that the conclusion reached by the court below is not correct. It seems to us to be in accord with the deed from the mayor and common council of the city of Los Angeles to Basilio Jurado, under which plaintiff claims. The case presented is one of a conflict of testimony, and in such state of the testimony we never disturb the judgment or order of the court below.

Judgment and order affirmed.